USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Raymond Gordon,
                Defendant.

21 Cr. 438 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold an initial conference in this action on **July 15, 2021**, at **1:00 p.m.** The conference will use the Court's dedicated conference line. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via telephone.

    Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: July 2, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge