

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

*The Silvio J. Mollo*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2021

**BY ECF**
The Honorable Annalisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Raymond Gordon*, 21 Cr. 438 (AT)

Dear Judge Torres:

The Government and defense counsel write to respectfully request that the pretrial conference for the above-captioned defendant, which is currently scheduled for July 15, 2021 at 1:00 P.M., be adjourned to a date convenient for the Court next week. The parties are available on July 20, 2021 and July 21, 2021, if either date is convenient for the Court. Relatedly, should the Court adjourn the conference, the Court may disregard the Government's letter motion submitted July 13, 2021, in connection with the Proposed Order to Produce the defendant for a telephonic conference at West Facility. (Dkt. 13).

In advance of the upcoming pretrial conference, the Government writes to respectfully request that the time between today and the pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to produce and review discovery, and engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

GRANTED. The pretrial conference scheduled for July 15, 2021, is ADJOURNED to **July 20, 2021,** at **11:00 a.m.**

Time until July 20, 2021, is excluded under the Speedy Trial Act, 18 U.S. C. § 3161 (h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties time to produce and review discovery, and engage in discussions regarding a potential pretrial resolution of this matter.

SO ORDERED.

Dated: July 14, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge