**U.S. Department of Justice**

United States [Attorney]
Southern [District of New York]

The Silvio J. [Mollo Building]
One Saint A[ndrew's Plaza]
New York, N[ew York 10007]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/20/2021__

July 19, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Raymond Gordon*, 21 Cr. 438 (AT)

Dear Judge Torres:

The Government and defense counsel write to respectfully request that the pretrial conference for the above-captioned defendant, which is currently scheduled for July 20, 2021 at 11:AM A.M., be adjourned to a date convenient for the Court later this week or early next week.

In advance of the upcoming pretrial conference, the Government writes to respectfully request that the time between today and the pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to produce and review discovery, and engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

GRANTED.  The pretrial conference scheduled for July 20, 2021, is ADJOURNED to **July 26, 2021**, at **2:00 p.m**.

Time until July 26, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that this will allow the parties time to produce and review discovery, and engage in discussions regarding a potential pretrial resolution of this matter.

SO ORDERED.

Dated: July 20, 2021
        New York, New York

ANALISA TORRES
United States District Judge