UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

Raymond Gordon,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021

21 Cr. 438 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial conference in this action set for July 26, 2021, is ADJOURNED to **July 27, 2021**, at **11:30 a.m.**, and will proceed via videoconference. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely[.]"). Chambers will provide the parties with instructions on how to appear via the designated videoconferencing application.

      Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: July 23, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge