USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/27/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Raymond Gordon

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR-438 ( ) ( )

Defendant __Raymond Gordon__ hereby voluntarily consents to participate in the following proceeding via __✓__ videoconferencing or __✓__ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Raymond Gordon__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__DAWN M FLOYD__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__7/27/2021__
Date

_____
**ANALISA TORRES**
United States District Judge