```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2021
```

**DAWN M. FLORIO LAW FIRM, P**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

September 8, 2021

<u>Via ECF Filing</u>
Honorable Justice Analisa Torres
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 15D
New York, NY 10007-1312

Re: USA v. Raymond Gordon<br>
<u>Docket No. 1:21-CR-00438-AT</u>

Honorable Justice;

  I, Dawn M. Florio, Esq., represents Raymond Gordon on the above instant matter. I am requesting a postponement of the status conference currently scheduled for September 15, 2021 @ 11am.

  I have reached out to AUSA Kaylan Lasky and she consents to the request of adjourning Mr. Gordon's case till late October. I apologize for any inconvenience this has cause the government and we consent to exclusion of time. I am requesting that this application be acknowledged and considered.

  Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

  GRANTED. The status conference scheduled for September 15, 2021, is ADJOURNED to **October 27, 2021**, at **10:30 a.m.** Time until October 27, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties to continue reviewing discovery and discuss a possible pretrial disposition of this matter.

SO ORDERED.

Dated: September 9, 2021            _____
   New York, New York            ANALISA TORRES
                        United States District Judge