


| | |
|---|---|
| | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: _____ |
| | DATE FILED: 11/30/2021 |

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 29, 2021

**BY ECF**
The Honorable Annalisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Raymond Gordon*, 21 Cr. 438 (AT)

Dear Judge Torres:

    The parties respectfully request that the pretrial conference for the above-captioned defendant, which is currently scheduled for December 6, 2021, be adjourned to a date convenient for the Court in approximately one month. Defense counsel has informed Chambers and the Government that defense counsel is currently on trial, which is expected to last through around December 25, 2021.

    Additionally, the Government respectfully asks, with the consent of defense counsel, that the time between today and the pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

    GRANTED. The status conference scheduled for December 6, 2021, is ADJOURNED to **January 11, 2022**, at **10:00 a.m.** Time until January 11, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(g)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties to continue discussing a possible pretrial disposition of this matter.

SO ORDERED.

Dated: November 30, 2021
        New York, New York

                                            ANALISA TORRES
                                            United States District Judge