USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/5/2022__

**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

January 5, 2022

Via ECF Filing
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: USA v. Raymond Gordon
Docket No. 1:21-CR-438-AT

Honorable Justice;

I, Dawn M. Florio, Esq., represents Raymond Gordon on the above instant matter. I am requesting a postponement of the status conference scheduled for January 11, 2022 @ 10am

I have reached spoken to AUSA Kaylan Lasky and she consents to the request of adjourning Mr. Gordon's case for 30 days. I will be starting preliminary matters on People v. Juan Calderon (Please See Attached Order). I am also requesting time to schedule a telephone visit or meet in person with client before the next scheduled date. I apologize for any inconvenience this will cause the government and I consent to exclusion of time. I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

GRANTED. The status conference scheduled for January 11, 2022, is ADJOURNED to **February 14, 2022**, at **10:00 a.m.** Time until February 14, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(g)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for defense counsel to confer with her client and for the parties to reach a possible pretrial resolution of this matter.

SO ORDERED.

Dated: January 5, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge