UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/1/2022_
```

UNITED STATES OF AMERICA,

-against-

RAYMOND GORDON,

Defendant.

21 Cr. 438 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

The status conference scheduled for April 12, 2022, is ADJOURNED to **April 20, 2022**, at **10:00 a.m.**, and shall proceed telephonically, at Defendant's request.  The parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

SO ORDERED.

Dated: April 1, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge