UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

RAYMOND GORDON,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/12/2022

21 Cr. 438 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By **April 20, 2022**, the parties shall file a status letter apprising the Court of any pertinent updates in this matter. The status conference scheduled for April 20, 2022, is ADJOURNED to **July 5, 2022**, at **2:00 p.m.**, and shall proceed telephonically, at Defendant's request. The parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      SO ORDERED.

Dated: April 12, 2022
       New York, New York

ANALISA TORRES
United States District Judge