UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAYMOND GORDON,

                            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2022
```

21 Cr. 438 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Government has requested a briefing schedule be set in this matter for pretrial motions. Accordingly,

1. By **July 28, 2022**, the Government shall file any pretrial motions;
2. By **August 18, 2022**, Defendant shall file his opposition; and,
3. By **September 1, 2022**, the Government shall file any reply.

Trial in this matter is scheduled to begin on **January 23, 2023**. The status conference scheduled for July 5, 2022, is ADJOURNED *sine die* pending the Court's resolution of the contemplated motions.

SO ORDERED.

Dated: June 24, 2022
New York, New York

                                                                  ANALISA TORRES
                                               United States District Judge