```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

-against-

RAYMOND GORDON,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/24/2022_

21 Cr. 438 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Government has requested a briefing schedule be set in this matter for pretrial motions. Accordingly,

1. By **July 29, 2022**, the Defendant shall file any pretrial motions;
2. By **August 19, 2022**, the Government shall file its opposition
3. By **September 2, 2022**, Defendant shall file any reply.

    Trial in this matter is scheduled to begin on **January 23, 2023**. The status conference scheduled for July 5, 2022, is ADJOURNED *sine die* pending the Court's resolution of the contemplated motions.

    The Clerk of Court is directed to STRIKE the order at ECF No. 37.

    SO ORDERED.

Dated: June 24, 2022
       New York, New York

ANALISA TORRES
United States District Judge