USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/10/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :   NOLLE PROSEQUI

UNITED STATES OF AMERICA    :

                                :   21 Cr. 438 (AT)

          -v.-             :

RAYMOND GORDON,          :

            Defendant.   :

- - - - - - - - - - - - - - - - x

        1.    The filing of this <u>nolle prosequi</u> will dispose of this case in its entirety.

        2.    On July 2, 2021, Information 21 Cr. 438 (AT) (the "Information") was filed, charging RAYMOND GORDON with (i) possessing with the intent to distribute 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 812, 841(a)(1), and 841(b)(1)(B), and 18 U.S.C. § 2 ("Count One"); and (ii) possessing firearms during and in relation to the drug trafficking crime charged in Count One of the Information, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2.

        3.    On or about July 24, 2022, RAYMOND GORDON died while on pre-trial release.

        4.    In light of the foregoing, I recommend that an order

of nolle prosequi be filed as to defendant RAYMOND GORDON.

Dated:   New York, New York
         August 9, 2022

                                   /s/
                                   _____
                                   KAYLAN E. LASKY
                                   Assistant United States Attorney
                                   (212) 637-2315


Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant RAYMOND GORDON.

Dated:   New York, New York
         August  9 , 2022

                                   _____
                                   DAMIAN WILLIAMS
                                   United States Attorney
                                   Southern District of New York

SO ORDERED:

Dated:   New York, New York
         August 10 , 2022

                                   _____
                                   The Honorable Analisa Torres
                                   United States District Judge
                                   Southern District of New York